## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois, | |
| Plaintiff, | Case No: 3:17 CV 50026 |
| v. | Magistrate Judge: Iain D. Johnston |
| The Lane Company, Inc.. Defendant. | |

## ORDER, REPORT AND RECOMMENDATION

      Status hearing held on 5/18/2017. Plaintiff orally moves to dismiss without prejudice because the defendant has been partially compliant with their requests. Accordingly, it is this Court's Report and Recommendation to the District Court Judge that the plaintiff's oral motion be granted. Any objection must be filed by 6/5/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:02)
Date: May 18, 2017                              /s/ Iain D. Johnston
                                                             U.S. Magistrate Judge