IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| The Construction Industry Retirement Fund of Rockford, Illinois | ) ) ) | |
| Plaintiff, | ) ) | Case No. 17 C 50026 |
| vs. | ) ) | |
| The Lane Company, Inc., | ) ) | Judge Philip G. Reinhard |
| Defendant. | ) ) | |

## ORDER

On May 18, 2017, Magistrate Judge Johnston entered a report and recommendation [12] that plaintiff's oral motion to dismiss this case without prejudice made on May 18, 2017 be granted. No objection has been filed. The court has reviewed the record and accepts the report and recommendation. Plaintiff's oral motion to dismiss is granted. This case is dismissed without prejudice.

Date: 6/06/2017                    ENTER:

                                    _____
                                    United States District Court Judge

Electronic Notices. (LC)